No. D–777.   IN RE DISBARMENT OF COOPER.   It is ordered that Michael Cooper, of Arlington Heights, Ill., be suspended from the practice of law in this Court and that a rule issue, return-

able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.